**ORTOLI ROSENSTADT, LLP**
MARC S. GOTTLIEB, N.Y. Bar # 2313666 (*pro hac vice*)
  E-Mail: msg@orllp.legal
366 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone: 212.829.8943
Facsimile: 866.294.0074

Attorneys for Defendant
ANDREW McALPINE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GARY K. BRUCKER, JR., SB# 238644
  E-Mail: Gary.Brucker@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant
ANDREW McALPINE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>ONGKARUK SRIPETCH, AMANDA FLORES, BREHNEN KNIGHT, ANDREW McALPINE. ASHMIT PATEL, MICHAEL WEXLER, DOMINIC WILLIAMS, ADTRON INC. a/k/a STOCKAPOOLZA.COM, ATG INC., DOIT, LTD., DOJI CAPITAL, INC., KING MUTUAL SOLUTIONS INC,, OPTIMUS PRIME FINANCIAL INC., ORCA BRIDGE, REDLINE INTERNATIONAL, and UAIM CORPORATION,<br><br>            Defendants. | Case No. 3:20-cv-01864-H-AGS<br><br>**NOTICE OF NON-APPEARANCE**<br><br>Trial Date:        None Set |

4842-5011-8364.1                                                                                              Case No. 3:20-cv-01864-H-AGS

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Carson P. Baucher is leaving the firm of Lewis Brisbois Bisgaard & Smith LLP ("Lewis Brisbois") and will, therefore, no longer serve as counsel for Defendant ANDREW McALPINE in the above-titled matter. Gary K. Brucker, Jr. of Lewis Brisbois, who is a member of good standing with the State Bar of California and the Bar of the United States District Court for the Southern District of California, and Marc S. Gottlieb of Ortoli Rosenstadt, LLP, admitted to practice in the Southern District of California *pro hac vice*, will remain counsel of record for Defendant ANDREW McALPINE.

DATED: February 12, 2021         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Carson P. Baucher*
GARY K. BRUCKER, JR.
CARSON P. BAUCHER
Attorneys for Defendant
ANDREW McALPINE