

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

February 18, 2021

**By ECF**
Hon. Marilyn L. Huff
United States District Court Judge
United States District Courthouse
333 West Broadway
San Diego, CA 92101

    Re: *SEC v. Sripetch, et al.*, 20-civ.1864 (S.D. Cal.) (ALH)

Dear Judge Huff:

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter pursuant to FRCP 4 and the Court's Order of December 16, 2020 (Docket No. 44). This Court issued a stay in this matter on January 6, 2021 (Docket No. 51) in light of the related criminal matter *U.S. v. Sripetch, et al.*, 20-cr.0160 (S.D. Cal.) (ALH).

On December 15, 2020, the Commission notified the Court that: (i) 9 of the 16 defendants had already been served, with proof of service filed; (ii) 2 defendants were in the process of being served via the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"); and (iii) with respect to the remaining 5 defendants, the Commission's time to file proof of service for certain defendants (discussed below) be extended 60 days, from the initial deadline of December 20, 2020 to February 19, 2021. The Court granted the Commission's request.

Since the Court's December 16, 2020 Order, the Commission received proof that defendant Michael Wexler was served via a request pursuant to the Hague Convention for Service Abroad of Judicial Documents ("Hague Convention"), and proof of service has been filed. The Commission's attempt to have defendant Ashmit Patel ("Patel") served pursuant to the Hague Convention has been unsuccessful. Therefore, the Commission intends to examine the possibility of retaining a Canadian process service firm.

With respect to Patel and the remaining 5 defendants, the Commission requests a second 60-day extension to April 20, 2021 to file proof of service pursuant to FRCP 4. The Commission is still attempting to serve (via process server) individual defendant Dominic Williams and entity defendants DOIT, Ltd., Redline International, Doji Capital, Inc., and Optimus Prime Financial, Inc.[1] The Commission has been attempting to effectuate service

---

[1] There are 2 persons to be served in order to effectuate service on these 5 defendants. Because Williams is an officer of defendants Redline International and Optimus Prime Financial, Inc., when defendant Williams is served, defendants Redline International and

Hon. Marilyn L. Huff
February 18, 2021

on these 5 defendants, but understands from the retained process service company that they may be attempting to evade service.

          Respectfully submitted,

          /s/ Christopher J. Dunnigan

          Christopher J. Dunnigan
          Senior Trial Counsel

cc:    Samuel Edgerton, Esq. (By ECF)
       *Counsel for defendant Amanda Flores*

       Kathy Nester, Esq. (By Email)
       *Limited Counsel for defendant Ongkaruck Sripetch*

       Paul Knight, Esq. (By Email)
       *Counsel for defendant Brehnen Knight*

       Marc Gottlieb, Esq. (By ECF)
       *Counsel for defendant Andrew McAlpine*

       Aaron Arnzen, Esq. (By ECF)
       *Counsel for the United States Department of Justice, United States Attorney's Office for the Southern District of California*

---

Optimus Prime Financial, Inc. will also be served. The Commission further seeks to serve another individual who is not a party to this action, who is an officer of both defendants DOIT Ltd. and Doji Capital, Inc.