## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of California

Case Number: 20CV1864 MMA AGS

Plaintiff:
**U.S. Securities and Exchange Commission**

vs.

Defendant:
**Sripetch, Ongkaruck; et al.**

For:
U.S. Securities Exchange Commission - OFF CONTRACT

Received by Cavalier CPS to be served on **Ashmit Patel, 3270 Charles Biggar Drive, Oakville, ON L6M1N3**.

I, Anuoluwapo Komolafe, do hereby affirm that on the **3rd day of March, 2021** at **1:58 pm, I:**

Served Summons & Complaint personally to Ashmit Patel at 3270 Charles Biggar Drive, Oakville, ON L6M1N3.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.



_____          March 10 2021
**Anuoluwapo Komolafe**                          Date

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2021002580

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

