# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of California

Case Number: 20CV1864 MMA AGS

Plaintiff:
**U.S. Securities and Exchange Commission**

vs.

Defendant:
**Sripetch, Ongkaruck; et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Dominic Williams, 5240 Margaret Street, Bonita, CA 91902**.

I, R.T. Hansell, do hereby affirm that on the **27th day of January, 2021** at **11:00 am, I**:

Served Summons in a Civil Action; Complaint; Local Rules, Electronic Case Filing Administrative Policies and Procedures Manual to Megan Humphry as co-resident/co-tenant of Dominic Williams at 2242 Bolinas St., San Diego, CA 92107, being of suitable age and discretion to accept service in the absence of Dominic Williams. Upon information and belief, 2242 Bolinas St., San Diego, CA 92107 is the usual place of abode of Dominic Williams.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

R.T. Hansell     1/27/21
Process Server     Date

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2020009719
Ref: 21-NYRO-004

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

