# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ONGKARUCK SRIPETCH; AMANDA FLORES; BREHNEN KNIGHT; ANDREW MCALPINE, ASHMIT PATEL; MICHAEL WEXLER; DOMINIC WILLIAMS; ADTRON INC. a/k/a STOCKPALOOZA.COM; ATG INC.; DOIT, LTD.; DOJI CAPITAL, INC.; KING MUTUAL SOLUTIONS INC.; OPTIMUS PRIME FINANCIAL INC.; ORCA BRIDGE; REDLINE INTERNATIONAL; and UAIM CORPORATION,<br><br>Defendants. | Case No.: 20-cv-01864-H-AGS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT AS TO DEFENDANT FLORES**<br><br>[Doc. No. 81.] |

On July 26, 2023, Plaintiff Securities and Exchange Commission ("SEC") filed a motion for the entry of a consent judgment as to Defendant Amanda Flores. (Doc. No. 81.) Plaintiff SEC attached the consent of Defendant Flores to the motion. (Doc. No. 81-1.) In addition, Plaintiff SEC has submitted a proposed consent judgment to the Court.

As such, for good cause shown, the Court grants Plaintiff SEC's motion. The Court will separately enter the consent judgment as to Defendant Flores following entry of this order.

**IT IS SO ORDERED.**

DATED: August 9, 2023

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT